Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12351−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael D. Lennon
   45 Birch Drive
   Brick, NJ 08723

Social Security No.:
   xxx−xx−1519

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 17, 2023
JAN: rms

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-12351-CMG
Michael D. Lennon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 17, 2023      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Lennon, 45 Birch Drive, Brick, NJ 08723-6921 |
| lm | + | Custom Mortgage Solutions, 1000 Vorhees Drive, Vorhees, NJ 08043-4417 |
| 519538517 | + | Brick Township MUA, 1551 Highway 88 West, Brick, NJ 08724-2399 |
| 519538518 | + | Custom Mortgage Solutions, 1000 Vorhees Drive, Voorhees, NJ 08043-4417 |
| 519538519 | | Division of Motor Vehicles, 225 Market Street, Trenton, NJ 08601 |
| 519553922 | + | J & M Auto Body, c/o O'Brien & Taylor, Esqs., P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 519538524 | + | JM Autobody Paint Center, c/o O'Brien & Taylor, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 519538523 | + | JM Autobody Paint Center, 6 Executive Drive, Toms River, NJ 08755-4953 |
| 519538522 | + | James C. Connaghan, 4 Larch Court, Toms River, NJ 08753-1720 |
| 519538525 | + | Sansone Auto Mall, 900 Route 35, Asbury Park, NJ 07712-4549 |
| 519538526 | + | Sansone Auto Mall, c/o Kathleen Wall, Esq., 2640 Highway 70, PO Box A, Manasquan, NJ 08736-0631 |
| 519538527 | | Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati, OH 45274-0039 |
| 519538528 | + | Shellpoint Mortgage Servicing, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519538529 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519538530 | | State of New Jersey, 225 Market Street, Trenton, NJ 08601 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519538520 | + | Email/Text: SJ.STRADER@doveroilcompany.com | May 17 2023 20:45:00 | Dover Oil Company, 239 Dover Road, South Toms River, NJ 08757-5142 |
| 519538521 | | EDI: IRS.COM | May 18 2023 00:30:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519629368 | + | Email/Text: mtgbk@shellpointmtg.com | May 17 2023 20:44:00 | THE BANK OF NEW YORK MELLON, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | * | Shellpoint Mortgage Servicing, P.O. Box 740039, Cincinnati, OH 45274-0039 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 17, 2023 | Form ID: 148 | Total Noticed: 20

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Robert Cameron Legg | on behalf of Debtor Michael D. Lennon courtdocs@oliverandlegg.com |
| Sherri Jennifer Smith | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK ET AL ssmith@pincuslaw.com  brausch@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5